UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NORTHWEST HOME DESIGNING, INC., a
Washington corporation,

                              Plaintiff,

    v.

BENJAMIN RYAN COMMUNITIES LLC,
d/b/a BUILDERS OF AMERICA, a
Washington limited liability company, and
JOHN RYAN BAYS, a Washington resident
and his marital community, RAMORA
BUILDERS LLC, a Washington limited
liability company, and JAMES BAYS, a
Washington resident and his marital
community,

                              Defendants.

No.

COMPLAINT

For its Complaint for Damages and Injunctive Relief, Northwest Home Designing, Inc.

("Northwest Home Designing") alleges:

## I. PARTIES

1.      Plaintiff Northwest Home Designing is a Washington corporation with its

principal place of business in Lakewood, Washington.

2.      Defendant Benjamin Ryan Communities LLC ("Benjamin Ryan Communities")

is a Washington limited liability company with its principal place of business in Lakewood,

Washington.   Upon information and belief, Benjamin Ryan Communities does business as

COMPLAINT - 1
Case No.

Builders of America. Upon information and belief, Benjamin Ryan Communities is engaged in the homebuilding business and has constructed homes in this judicial district, including homes that infringe Northwest Home Designing's copyrights as hereinafter described.

3. Upon information and belief Defendant John Ryan Bays resides in University Place, Washington. Upon information and belief, Mr. Bays is engaged in the homebuilding business and is or was an owner, officer, and/or director of Benjamin Ryan Communities. Upon further information and belief, Mr. Bays owned and/or operated other homebuilding business entities in this judicial district which may have been involved in the infringing acts alleged herein. Upon further information and belief, Mr. Bays directed and/or participated in the infringing acts alleged herein.

4. Defendant Ramora Builders LLC ("Ramora Builders") is a Washington limited liability company with its principal place of business in Puyallup, Washington. Upon information and belief, Ramora Builders is engaged in the homebuilding business and has constructed homes in this judicial district, including homes that infringe Northwest Home Designing's copyrights as hereinafter described.

5. Upon information and belief Defendant James Bays resides in Puyallup, Washington. Upon information and belief, Mr. Bays is engaged in the homebuilding business and is or was an owner, officer, and/or director of Defendants Ramora Builders LLC and Jim Bays Homes LLC. Upon further information and belief, Mr. Bays directed and/or participated in the infringing acts alleged herein.

## II. JURISDICTION AND VENUE

6. This is an action for copyright infringement. The Court has subject matter jurisdiction under 28 U.S.C. § 1338 and 17 U.S.C. §§ 501 *et seq.*

7. Defendants are regularly engaged in business and reside in this judicial district. The Court has personal jurisdiction over the Defendants. Venue is proper in this district pursuant to 28 U.S.C. §§ 1400 and 1391.

COMPLAINT - 2
Case No.

### III. FACTS

8.      Northwest Home Designing is a residential design company engaged in the business of designing and selling home plans.

9.      In or about 2005, Northwest Home Designing started working with Defendant John Bays and various companies which he owns.

10.     Defendant John Bays and his companies purchased several Northwest Home Designing plans and regularly received Northwest Home Designing catalogs.

11.     During this time period, Northwest Home Designing interacted with Defendant John Bays and his employees several times a week regarding Northwest Home Designing plans.

**A.      NHD Plans 2502 and 2501**

12.     In or about 2004, Northwest Home Designing created an architectural work identified as NHD #2502.

13.     Northwest Home Designing obtained Copyright Registration No. VA 1-760-170 for NHD #2502, which is valid and subsisting.

14.     NHD #2502 is a derivative design of NHD #2501.

15.     Northwest Home Designing obtained Copyright Registration No. VA 1-666-807 for NHD #2501, which is valid and subsisting.

16.     Northwest Home Designing owns the copyrights in NHD #2502 and NHD #2501.

17.     Upon information and belief, instead of paying for a license to use NHD #2502 and NHD #2501, Defendants John Bays and Benjamin Ryan Communities copied the plans without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "BOA 2353" plan, and used the unauthorized copies to construct one or more homes.

**B.      NHD Plan 7851**

18.     In or about 2008, Northwest Home Designing created an architectural work identified as NHD #7851.

COMPLAINT - 3
Case No.

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51354282.15

19. Northwest Home Designing obtained Copyright Registration No. VA 1-666-858 for NHD #7851, which is valid and subsisting.

20. Northwest Home Designing owns the copyright in the NHD #7851 architectural work.

21. Northwest Home Designing provided a copy of NHD #7851 to John Bays for review at no charge.

22. Upon information and belief, instead of paying for a license to use NHD #7851, Defendants John Bays and Benjamin Ryan Communities copied the plan without permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "BOA 2141" plan, and used the unauthorized copies to construct one or more homes.

**C.      NHD Plan 7733, 7733-A and 7733-B**

23. In or about early 2011, Northwest Home Designing created architectural works identified as NHD #7733, NHD #7733-A and NHD #7733-B.

24. Northwest Home Designing obtained Copyright Registration No. VA-1-827-027 for NHD #7733,A-B, which is valid and subsisting.

25. Northwest Home Designing owns the copyright in the NHD #7733,A-B architectural work.

26. Upon information and belief, instead of paying for a license to use NHD #7733,A-B, Defendants John Bays and Benjamin Ryan Communities copied the plans without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "BOA 1945" plan, and used the unauthorized copies to construct one or more homes.

**D.      NHD Plan 6112 and 6112-A**

27. In or about 2011, Northwest Home Designing created architectural works identified as NHD #6112 and NHD #6112-A.

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51354282.15

28.     Northwest Home Designing obtained Copyright Registration No. VA 1-806-704 for NHD #6112 and NHD #6112-A, which is valid and subsisting.

29.     Northwest Home Designing owns the copyright in the NHD #6112 and NHD #6112-A architectural works.

30.     Upon information and belief, instead of paying for a license to use NHD #6112 and NHD #6112-A, Defendants John Bays and Benjamin Ryan Communities copied the plans without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "BOA 2274" and "BOA 2265" plans and used the unauthorized copies to construct one or more homes.

**E.     NHD Plan RM-2408-U**

31.     In or about 2009, Northwest Home Designing created an architectural work identified as NHD #RM-2408-U.

32.     Northwest Home Designing obtained Copyright Registration No. VA 1-752-621 for NHD #RM-2408-U, which is valid and subsisting.

33.     Northwest Home Designing owns the copyright in the NHD #RM-2408-U architectural work.

34.     Upon information and belief, instead of paying for a license to use NHD #RM-2408-U, Defendants John Bays and Benjamin Ryan Communities copied the plan without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "BOA 1936" plan, "BOA 1865" plan, "BOA 2008" plan, "BOA 2080" plan, "BOA 2073" plan, "Monaco" plan, and "Ridgefield" plan, and used the unauthorized copies to construct one or more homes.

**F.     NHD Plan RM-2408-AD**

35.     In or about 2011, Northwest Home Designing created an architectural work identified as NHD #RM-2408-AD.

COMPLAINT - 5
Case No.

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

36. Northwest Home Designing obtained Copyright Registration No. VA 1-831-467 for NHD #RM-2408-AD, which is valid and subsisting.

37. Northwest Home Designing owns the copyright in the NHD #RM-2408-AD architectural work.

38. Upon information and belief, instead of paying for a license to use NHD RM-2408-AD, Defendants John Bays and Benjamin Ryan Communities copied the plan without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "BOA 2696" plan and "Monaco" plan, and used the unauthorized copies to construct one or more homes.

**G.     NHD Plan GP-2725**

39. In or about 2007, Northwest Home Designing created an architectural work identified as NHD #GP-2725.

40. Northwest Home Designing applied for copyright registration for NHD #GP-2725, on April 24, 2014.

41. Northwest Home Designing owns the copyright in the NHD #GP-2725 architectural work.

42. Upon information and belief, instead of paying for a license to use NHD #GP-2725, Defendants John Bays and Benjamin Ryan Communities copied the plan without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "BOA G-952" plan and "BOA 1016" plan, and used the unauthorized copies to construct one or more homes.

**H.     NHD Plan 2824-D**

43. In or about 2010, Northwest Home Designing created an architectural work identified as NHD #2824-D.

44. Northwest Home Designing obtained Copyright Registration No. VA 1-749-624 for NHD #2824-D, which is valid and subsisting.

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51354282.15

45.     Northwest Home Designing owns the copyright in the NHD #2824-D architectural work.

46.     Upon information and belief, instead of paying for a license to use NHD #2824-D, Defendants John Bays and Benjamin Ryan Communities copied the plan without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "BOA 1865" plan, "BOA 2208" plan, "BOA 2320" plan, "BOA 2330" plan, and "Cortez" plan, and used the unauthorized copies to construct one or more homes.

**I.      NHD Plan 2824-F**

47.     In or about 2012, Northwest Home Designing created an architectural work identified as NHD #2824-F.

48.     Northwest Home Designing obtained Copyright Registration No. VA 1-806-794 for NHD #2824-F, which is valid and subsisting.

49.     Northwest Home Designing owns the copyright in the NHD #2824-F architectural work.

50.     Upon information and belief, instead of paying for a license to use NHD #2824-F, Defendants John Bays and Benjamin Ryan Communities copied the plan without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "BOA 2317" plan and "Linden" plan, and used the unauthorized copies to construct one or more homes.

**J.      NHD Plans 611, 611-A, 611-E, and 611-W**

51.     In or about 1992, Northwest Home Designing created an architectural work identified as NHD #611.

52.     Northwest Home Designing obtained Copyright Registration No. VA 1-794-478 for NHD #611, which is valid and subsisting.

COMPLAINT - 7
Case No.

53. In or about 2004, Northwest Home Designing published "The Designment Review Home Plan Catalog, 'Ideas from the Bungalow Belt,' Volume 13," which included the NHD # 611-A design.

54. Northwest Home Designing obtained Copyright Registration VA 1-662-349 for "The Designment Review Home Plan Catalog, 'Ideas from the Bungalow Belt,' Volume 13," which is valid and subsisting.

55. Northwest Home Designing owns the copyright in the NHD #611 and NHD #611-A architectural works.

56. In or about 1992, Northwest Home Designing created an architectural work identified as NHD #611-E. NHD #611-E is a derivative of NHD #611 which was created in 1992 and previously registered.

57. Northwest Home Designing applied for copyright registration for NHD #611-E on April 24, 2014.

58. Northwest Home Designing owns the copyright in the NHD #611-E architectural work.

59. In or about 2013, Northwest Home Designing created an architectural work identified as NHD #611-W.

60. Northwest Home Designing applied for copyright registration for NHD #611-W on April 24, 2014.

61. Northwest Home Designing owns the copyright in the NHD #611-W architectural work.

62. Upon information and belief, instead of paying for a license to use NHD #611, NHD #611-A, NHD #611-E and NHD #611-W, Defendants John Bays, Benjamin Ryan Communities, James Bays, and Ramora Builders copied the plans without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "Chateau" plan, "Hawthorn" plan, "Kingston" plan, "Kingston Euro" plan,

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51354282.15

"Langley" plan, "Medina" plan, "Provence" plan, and "Tarragon" plan, and used the unauthorized copies to construct one or more homes.

**K.     NHD Plans 933, 2888, 2888-A, 2888-B, 2888-C, and 2888-D**

63.     In or about 1983, Northwest Home Designing created an architectural work identified as NHD #933.

64.     In or about 1983, Northwest Home Designing published "Tour of Home Designs – Volume 4," which included NHD #933.

65.     Northwest Home Designing obtained Copyright Registration TX 7-391-475 for "Tour of Home Designs – Volume 4," which is valid and subsisting.

66.     Northwest Home Designing applied for copyright registration for NHD #933 on April 24, 2014.

67.     Northwest Home Designing owns the copyright in the NHD #933 architectural work.

68.     In or about 2006, Northwest Home Designing created architectural works identified as NHD #2888 and NHD #2888-A.  NHD #2888 is a derivative of NHD #933. NHD #2888-A is a derivative of NHD #2888 and NHD #933.

69.     In or about 2010, Northwest Home Designing created architectural works identified as NHD #2888-B, NHD #2888-C, and NHD #2888-D, which are derivative designs of NHD #933 and NHD #2888.

70.     Northwest Home Designing applied for copyright registration for NHD #2888 on April 24, 2014.

71.     Northwest Home Designing owns the copyright in the NHD #2888 architectural work.

72.     Northwest Home Designing obtained Copyright Registration No. VA 1-919-264 for NHD #2888-A, which is valid and subsisting.

COMPLAINT - 9
Case No.

73. Northwest Home Designing obtained Copyright Registration No. VA 1-919-229 for NHD #2888-B, which is valid and subsisting.

74. Northwest Home Designing obtained Copyright Registration No. VA 1-919-240 for NHD #2888-C, which is valid and subsisting.

75. Northwest Home Designing obtained Copyright Registration No. VA 1-919-246 for NHD #2888-D, which is valid and subsisting.

76. Northwest Home Designing owns the copyrights in the NHD #2888-A, NHD #2888-B, NHD #2888-C, and NHD #2888-D architectural works.

77. Upon information and belief, instead of paying for a license to use NHD #933, NHD #2888, NHD #2888-A, NHD #2888-B, NHD #2888-C, and NHD #2888-D, Defendants John Bays and Benjamin Ryan Communities copied the plan without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "BOA 1934" plan, and used the unauthorized copies to construct one or more homes.

**L.     NHD Plan 2045**

78. In or about 2000, Northwest Home Designing created an architectural work identified as NHD #2045.

79. Northwest Home Designing obtained Copyright Registration No. VA 1-765-494 for NHD #2045, which is valid and subsisting.

80. Northwest Home Designing owns the copyright in the NHD #2045 architectural work.

81. Upon information and belief, instead of paying for a license to use NHD #2045, Defendants John Bays and Benjamin Ryan Communities copied the plan without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "BOA 2231" plan, "BOA 2359" plan, "BOA 2409 (3-car)" plan, "BOA 2445" plan, "BOA 2449" plan, "BOA 2517" plan, "BOA 2545" plan, and "BOA 2585" plan, and used the unauthorized copies to construct one or more homes.

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51354282.15

**M.    NHD Plan 2045-AA**

82.    In or about 2011, Northwest Home Designing created an architectural work identified as NHD #2045-AA.

83.    Northwest Home Designing obtained Copyright Registration No. VA 1-796-654 for NHD #2045-AA, which is valid and subsisting.

84.    Northwest Home Designing owns the copyright in the NHD #2045-AA architectural work.

85.    Upon information and belief, instead of paying for a license to use NHD #2045-AA, Defendants John Bays and Benjamin Ryan Communities copied the plan and used the unauthorized copies to construct one or more homes.

86.    Upon information and belief, instead of paying for a license to use NHD #2045-AA, Defendants John Bays and Benjamin Ryan Communities copied the plan without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "BOA 2231" plan, "BOA 2359" plan, "BOA 2409 (3-car)" plan, "BOA 2445" plan, "BOA 2449" plan, "BOA 2517" plan, "BOA 2545" plan, and "BOA 2585" plan, and used the unauthorized copies to construct one or more homes.

**N.    NHD Plans 6862 A & B**

87.    In or about 2011, Northwest Home Designing created architectural works identified as NHD #6862 A & B.

88.    Northwest Home Designing obtained Copyright Registration No. VA 1-765-511 for NHD #6862 A & B, which is valid and subsisting.  A typo exists in this registration. Although the application receipt specifies NHD #6862 A & NHD #6862 B, the Copyright Office mistakenly referenced "6882" instead of "6862" on the registration certificate.

89.    Northwest Home Designing owns the copyright in the NHD #6862 A & B architectural works.

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

90. Upon information and belief, instead of paying for a license to use NHD #6862 A & B, Defendants John Bays and Benjamin Ryan Communities copied the plans without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "BOA 2517" plan, and used the unauthorized copies to construct one or more homes.

**O.  NHD Plan 6862-F**

91. In or about 2011, Northwest Home Designing created an architectural work identified as NHD #6862-F.

92. Northwest Home Designing applied for copyright registration for NHD #6862-F on April 24, 2014.

93. Northwest Home Designing owns the copyright in the NHD #6862-F architectural work.

94. Upon information and belief, instead of paying for a license to use NHD #6862-F, Defendants John Bays and Benjamin Ryan Communities copied the plan without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "BOA 2417" plan and "BOA 2517" plan, and used the unauthorized copies to construct one or more homes.

**P.  NHD Plan I-949**

95. In or about 1995, Northwest Home Designing created an architectural work identified as NHD #I-949.

96. Northwest Home Designing obtained Copyright Registration No. VA 1-666-821 for NHD #I-949, which is valid and subsisting.

97. In addition, Northwest Home Designing published the "Engineered Home Plans" Brochure, in 1996 which included NHD #I-949. Northwest Home Designing obtained Copyright Registration No. TX 7-377-717 for the Engineered Home Plans Series brochure.

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51354282.15

98. Northwest Home Designing owns the copyright in the NHD #I-949 architectural work.

99. Upon information and belief, instead of paying for a license to use NHD #I-949, Defendants John Bays, Benjamin Ryan Communities, James Bays, and Ramora Builders copied the plan without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "Helena" plan and Ramora Builders' "1498" plan, and used the unauthorized copies to construct one or more homes.

**Q.    NHD Plans 9093 and 9093-A**

100. In or about 2009, Northwest Home Designing created architectural works identified as NHD #9093 and NHD #9093-A.

101. Northwest Home Designing applied for copyright registration for NHD #9093 April 24, 2014.

102. Northwest Home Designing obtained Copyright Registration No. VA 1-912-761 for NHD #9093-A, which is valid and subsisting.

103. Northwest Home Designing owns the copyright in the NHD #9093 and NHD #9093-A architectural works.

104. Upon information and belief, instead of paying for a license to use NHD #9093 and NHD #9093-A, Defendants John Bays and Benjamin Ryan Communities copied the plans without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "BOA 2007" plan, and used the unauthorized copies to construct one or more homes.

**R.    NHD Design 442-B , 442-N, and 442-P**

105. In or about 1992, Northwest Home Designing created an architectural work identified as NHD Design #442-B.

106. Northwest Home Designing obtained Copyright Registration No. VA 1-666-647 for NHD Design #442-B, which is valid and subsisting.

COMPLAINT - 13
Case No.

51354282.15

107.     Northwest Home Designing owns the copyright in the NHD #442-B architectural work.

108.     In or about 2010, Defendant John Bays licensed NHD Plan 442-N, a derivative work of NHD Design #442-B.

109.     NHD Plan 442-N is a derivative work of NHD Design #442-B.

110.     Upon information and belief, instead of paying for a license to use NHD 442-P plan, Defendants John Bays, Benjamin Ryan Communities, James Bays, and Ramora Builders copied the plan without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "BOA 1445" plan, and used the unauthorized copies to construct one or more homes.

## S.     NHD Plan 7763, 7763,A and 7763-B

111.     In or about 2012, Northwest Home Designing created an architectural work identified as NHD #7763.

112.     In or about 2012, Northwest Home Designing created an architectural work identified as NHD #7763,A.

113.     In or about 2012, Northwest Home Designing created an architectural work identified as NHD #7763-B.

114.     Northwest Home Designing applied for copyright registration for NHD #7763 on April 24, 2014.

115.     Northwest Home Designing obtained Copyright Registration No. VA 1-913-911 for NHD #7763,A and NHD #7763-B, which is valid and subsisting.

116.     Northwest Home Designing owns the copyright in the NHD #7763, NHD #7763,A and NHD 7763-B architectural works.

117.     Upon information and belief, instead of paying for a license to use NHD #7763, NHD #7763,A and NHD #7763-B, Defendants John Bays and Benjamin Ryan Communities copied the plans without the permission or consent of Northwest Home Designing, including but

COMPLAINT - 14
Case No.

1  not limited to Benjamin Ryan Communities' "Wellington" plan, and used the unauthorized

2  copies to construct one or more homes.

3  **T.     NHD Plan 651, NHD #6510, and NHD #6510-A**

4         118.    In or about 1979, Northwest Home Designing created an architectural work

5  identified as NHD Plan 651.

6         119.    In or about 1979, Northwest Home Designing published "Tour of Home Designs

7  – Volume 3," which included NHD Plan 651.

8         120.    Northwest Home Designing obtained Copyright Registration No. VA 32-702 for

9  "Tour of Home Designs – Volume 3," which is valid and subsisting

10        121.    Northwest Home Designing owns the copyright in NHD Plan 651.

11        122.    In or about 2009, Northwest Home Designing created architectural works

12 identified as NHD #6510 and NHD #6510-A.

13        123.    Northwest Home Designing obtained Copyright Registration No. VA 1-694-244

14 for NHD #6510 and NHD #6510-A, which is valid and subsisting.

15        124.    Northwest Home Designing owns the copyright in NHD #6510 and

16 NHD #6510-A.

17        125.    Upon information and belief, instead of paying for a license to use NHD Plan 651,

18 NHD #6510, and NHD #6510-A, Defendants John Bays and Benjamin Ryan Communities

19 copied the plans without the permission or consent of Northwest Home Designing, including but

20 not limited to Benjamin Ryan Communities' "Oxford" plan, and used the unauthorized copies to

21 construct one or more homes.

22 **U.     NHD # 1923 and NHD # 1923-A**

23        126.    In or about 2010, Northwest Home Designing created architectural works

24 identified as NHD # 1923 and NHD # 1923-A.

25        127.    Northwest Home Designing obtained Copyright Registration No. VA 1-765-456

26 for NHD # 1923 and NHD # 1923-A, which is valid and subsisting

COMPLAINT - 15
Case No.

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51354282.15

128. Northwest Home Designing owns the copyright in NHD # 1923 and NHD # 1923-A.

129. Upon information and belief, instead of paying for a license to use NHD # 1923 and NHD # 1923-A, Defendants John Bays and Benjamin Ryan Communities copied the plan without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "Danforth" plan, and used the unauthorized copies to construct one or more homes.

## V. NHD #1213-D,E

130. In or about 2011, Northwest Home Designing created an architectural work identified as NHD #1213-D,E.

131. Northwest Home Designing obtained Copyright Registration No. VA 1-806-790 for NHD #1213-D,E, which is valid and subsisting

132. Northwest Home Designing owns the copyright in NHD #1213-D,E.

133. Upon information and belief, instead of paying for a license to use NHD #1213-D,E, Defendants John Bays and Benjamin Ryan Communities copied the plan without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "BOA 2662" plan, and "Horizon" plan, and used the unauthorized copies to construct one or more homes.

## W. NHD #8321, A

134. In or about 2008, Northwest Home Designing created an architectural work identified as NHD #8321, A.

135. Northwest Home Designing obtained Copyright Registration No. 1-725-651 for NHD #8321, A, which is valid and subsisting

136. Northwest Home Designing owns the copyright in NHD #8321, A.

137. Upon information and belief, instead of paying for a license to use NHD #8321, A, Defendants John Bays and Benjamin Ryan Communities copied the plan

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51354282.15

1  without the permission or consent of Northwest Home Designing, including but not limited to
2  Benjamin Ryan Communities' "BOA 2662" plan, "Cambridge" plan, "Franklin" plan,
3  "Gibraltar" plan, "Harbour" plan, "Horizon" plan, and "Venetian" plan, and used the
4  unauthorized copies to construct one or more homes.

**X.    NHD Plans 2708 and 2708-C**

138.    In or about 2006, Northwest Home Designing created an architectural work identified as NHD #2708.

139.    Northwest Home Designing's application for NHD #2708 is currently pending.

140.    In or about 2010, Northwest Home Designing created an architectural work identified as NHD #2708-C. NHD #2708-C is a derivative of NHD #2708.

141.    Northwest Home Designing's application to obtain copyright registration for NHD #2708-C is currently pending.

142.    Northwest Home Designing owns the copyright in the NHD #2708 and NHD #2708-C architectural works.

143.    Upon information and belief, instead of paying for a license to use NHD #2708 and NHD #2708-C, Defendants John Bays and Benjamin Ryan Communities copied the plans without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "BOA 2075" plan, "Cambridge" plan, "Franklin" plan, "Gibraltar" plan, "Harbour" plan, "Horizon" plan, and "Venetian" plan, and used the unauthorized copies to construct one or more homes.

**Y.    NHD Plan 2565**

144.    In or about 2005, Northwest Home Designing created an architectural work identified as NHD #2565.

145.    Northwest Home Designing obtained Copyright Registration No. VA 1-666-720 for NHD #2565, which is valid and subsisting.

26

COMPLAINT - 17
Case No.

146. Northwest Home Designing owns the copyright in the NHD #2565 architectural work.

147. Upon information and belief, instead of paying for a license to use NHD #2565, Defendants John Bays and Benjamin Ryan Communities copied the plans without the permission or consent of Northwest Home Designing, including but not limited to Benjamin Ryan Communities' "BOA 2075" plan, "Cambridge" plan, "Franklin" plan, "Gibraltar" plan, "Harbour" plan, "Horizon" plan, and "Venetian" plan, and used the unauthorized copies to construct one or more homes.

**Z.     NHD Plans #S-2025 and S-2025-H**

148. In or about early 2000, Northwest Home Designing created an architectural work identified as NHD #S-2025.

149. Northwest Home Designing obtained Copyright Registration No. VA-1-913-802 for NHD #S-2025 which is valid and subsisting.

150. In or about 2004, Northwest Home Designing published "The Designment Review Home Plan Catalog, 'Ideas from the Bungalow Belt,' Volume 13," which included the NHD #S-2025 design.

151. Northwest Home Designing obtained Copyright Registration No. VA 1-662-349 for "The Designment Review Home Plan Catalog, 'Ideas from the Bungalow Belt,' Volume 13," which is valid and subsisting.

152. Northwest Home Designing owns the copyright in the NHD #S-2025 architectural work.

153. In or about 2005, Northwest Home Designing created an architectural work identified as NHD S-2025-H.  NHD S-2025-H is a derivative work of NHD #S-2025.

154. Northwest Home Designing applied for copyright registration for NHD S-2025-H on April 24, 2014.

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51354282.15

1     155.   Northwest Home Designing owns the copyright in the NHD S-2025-H

2 architectural work.

3     156.   Upon information and belief, instead of paying for a license to use NHD Plan

4 S-2025-H, Defendants John Bays and Benjamin Ryan Communities copied the plan without the

5 permission or consent of Northwest Home Designing, including but not limited to Benjamin

6 Ryan Communities' "BOA 3322" plan, "BOA 3368" plan, "Encore" plan, and "Tahoe" plan, and

7 used the unauthorized copies to construct one or more homes.

8 **AA.**   **Other Infringement**

9     157.   Upon information and belief, Defendants copied other Northwest Home

10 Designing architectural works in addition to those described above.

11     158.   Upon information and belief, Defendants marketed and advertised their infringing

12 plans through print media and on the internet.

13              **IV.   CLAIMS FOR RELIEF**

14     159.   Northwest Home Designing realleges paragraphs 1 through 158.

15     160.   Upon information and belief, Defendants have infringed Northwest Home

16 Designing's copyrights in one or more of Northwest Home Designing's architectural works,

17 including those identified in this Complaint, by redrawing, reproducing, or modifying such

18 architectural works to construct one or more homes.

19     161.   Defendants did not obtain the permission or consent of Northwest Home

20 Designing to redraft, reproduce, modify, or copy Northwest Home Designing's architectural

21 works beyond the scope of negotiated licenses.

22     162.   Defendants' copying and use of Northwest Home Designing's home architectural

23 works without Northwest Home Designing's permission or consent constitutes infringement of

24 Northwest Home Designing's copyrights.

25     163.   Upon information and belief, Defendants' infringement was willful.

26

COMPLAINT - 19
Case No.

51354282.15

1    164.    Based upon this infringement, Northwest Home Designing has suffered damages
2  in an amount to be proven at trial.

3    165.    Damages are not an adequate remedy, however, and Northwest Home Designing
4  is entitled to injunctive relief to prevent Defendants from further infringing Northwest Home
5  Designing's copyrights.

## V.  PRAYER FOR RELIEF

Northwest Home Designing respectfully prays that:

1.    Defendants, their employees, representatives, and agents be permanently enjoined
      from publishing, marketing, selling or using Northwest Home Designing's
      copyright works or any works substantially similar thereto;

2.    An accounting be had of Defendants' profits earned in conjunction with the use of
      Northwest Home Designing's architectural works, to include, without limitation,
      from the sale of infringing homes;

3.    The Court order disgorgement of Defendants' ill-gotten profits to Northwest
      Home Designing;

4.    The Court award Northwest Home Designing punitive damages for Defendants'
      willful acts of infringement;

5.    The Court award any and all relief to which Northwest Home Designing may be
      entitled pursuant to the Copyright Act, 17 U.S.C. §§ 502, 503, 504, and 505;

6.    For judgment against Defendants for all costs and attorney fees as authorized by
      law;

7.    For leave to freely amend the pleadings; and

8.    All such other relief as the Court may deem just and proper.

## VI. DEMAND FOR JURY TRIAL

Northwest Home Designing demands a trial by jury on all issues so trialable.

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51354282.15

1     DATED this 9th day of October, 2014.

2

3                                          *s/Samuel T. Bull*
                                         *s/Kelly Ann Lennox*

4

5                                          Samuel T. Bull, WSBA No. 34387
                                         Kelly Ann Lennox, WSBA No. 39583

6                                          FOSTER PEPPER PLLC
                                         1111 Third Avenue, Suite 3400

7                                          Seattle, Washington  98101-3299
                                         Telephone: (206) 447-4400

8                                          Facsimile: (206) 447-9700
                                         Email: bulls@foster.com

9                                                                  lennk@foster.com
                                         Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51354282.15